# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Richard S. Schreiner, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Credit Advisors, Inc., and Credit Advisors Foundation, <br><br> Defendants. | Case No. 8:07-CV-78 <br><br> **ORDER** |

This matter is before the Court on the parties' stipulation for additional time for the plaintiff to file his brief associated with his Statement of Objection to the Magistrate Judge's Order of October 2, 2007. (Doc. No. 34)

The Court, having reviewed the Parties' Stipulation and being otherwise fully advised in the premises, finds that the Stipulation should be granted.

IT IS THEREFORE ORDERED that the Plaintiff is granted thirty (30) additional days to file his brief associated with his Statement of Objection to the Magistrate Judge's Order of October 2, 2007, (Doc. No. 34), until November 14, 2007.

Dated this 16th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

PREPARED AND SUBMITTED BY:
William L. Reinbrecht, #20138
Car & Reinbrecht, P.C., L.L.O.
8720 Frederick St., Suite 105
Omaha, NE  68124
(402) 391-8484 – phone
(402) 391-1103 – fax
Attorneys for the Plaintiff and
the Putative Class