# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD S. SCHREINER, on behalf of himsel and others similarly situated** | ) ) ) | **8:07CV78** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **ORDER** |
| **CREDIT ADVISORS INC. and CREDIT ADVISORS FOUNDATION,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte*.  On September 26, 2007, the Clerk's Office entered a text notice regarding the defendants' obligation to file corporate disclosure statements (Filing No. 33).  Pursuant to Federal Rule of Civil Procedure 7.1(a),

> a non-governmental corporate to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The defendants were instructed to file the statements no later than October 11, 2007.  As of today's date, the defendants have not filed the corporate disclosure statements.  Upon consideration,

**IT IS ORDERED:**

The defendants, shall have **on or before October 26, 2007**, to file the corporate disclosure statements or show cause why sanctions should not be imposed  as against the defendants for failure to timely file the statements.

Dated this 19th day of October, 2007.

BY THE COURT:

/s Thomas D. Thalken
United States Magistrate Judge