IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD S. SCHREINER; ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,<br><br>　　　　PLAINTIFF,<br><br>VS.<br><br>CREDIT ADVISORS, INC., AND CREDIT ADVISORS FOUNDATION,<br><br>　　　　DEFENDANTS. | CASE NO. 8:07-CV-78<br><br>**ORDER** |

This matter is before the Court on Filing No. 42, the parties' stipulation for dismissal with prejudice. For good cause shown,

IT IS ORDERED THAT THE STIPULATION IS APPROVED; the case is dismissed with prejudice as to all Defendants, and except as may be otherwise provided in a confidential settlement agreement between the parties, each party shall bear his or its own costs and attorneys' fees.

Dated: November 30, 2007

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　Chief United States District Judge